# COMPLAINT FORM

SCANNED at PENDLETON and Emailed on 11-28-23 (date) by J.L (initials) - 10 (num) pages.

(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

X ELIJAH PARCHMAN,

**FILED**
**11/28/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

(Full name of defendant(s))
Dennis Reagle,
Town of Ingalls, Indiana,
Aqua Indiana, Indiana,

Case Number:

1:23-cv-2137-SEB-CSW

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of _Indiana_ , and is located at
   (State)

   _4490 West Reformatory Road, Pendleton In, 46064_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Dennis Reagle, Aqua Indiana_
   (Name)

is (if a person or private corporation) a citizen of Indiana
(State, if known)

and (if a person) resides at ⌀
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Pendleton Correctional Facility
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In November of 2021 a lead pipe bursted at Pendleton Correctional Facility. Due to this a deadly disease was leaked into the water. Due to this incident several inmates died. And several inmates got sick. Let the record show the Defendants knowingly and intensionally allowed inmates to be subjected to the Legionella disease. The Defendants made a ficticious claim to the courts. Claiming contractors fixed the pipes. In October of 2023 several inmates tested positive for the

Legionella disease. Leaving all inmates at the facility subjected to contractin the deadly disease. On August 8th 2023 the Plaintiff arrived at Pendleton Correctional Facility. After Plaintiff was made aware of this incident, Plaintiff filed a grievance and exhausted all his remidies. On November 19th 2023 Plaintiff subjected a medical form. Due to having several symtoms of the legionella disease. Plaintiff prays this court will see that it is clear the Defendants are violating several of the Plaintiffs Constitutional Rights of the United States of America.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff comes to this court Pro-se and is suing for monetery damages, punitive damages and compensatory damages. And what ever the court deems fit.

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial - I want a judge to hear my case

Dated this __19th__ day of __November__ 20_23_.

Respectfully Submitted,

X __Elijah Parchman__
Signature of Plaintiff

X __229816__
Plaintiff's Prisoner ID Number

__4490 west Reformator Road__
__Pendleton IN 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**
Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

X __Elijah Parchman_____ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.